No. 99–423. ALSBROOK *v.* ARKANSAS ET AL. C. A. 8th Cir. [Certiorari granted, 528 U. S. 1146.] Writ of certiorari dismissed under this Court's Rule 46.1.

No. 99–1240. BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA ET AL. *v.* GARRETT ET AL. C. A. 11th Cir. Joint motion of the parties to expedite consideration of petition for writ of certiorari denied.

No. 99–8449 (99A696). IN RE BARNES. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

MARCH 2, 2000

No. 99–8473 (99A711). IN RE WRIGHT. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution and set the case for oral argument.

No. 99–8472 (99A710). WRIGHT *v.* ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.